**DENY and Opinion Filed September 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00940-CV**
**No. 05-22-00941-CV**
**No. 05-22-00942-CV**

**IN RE JAMES C. KIRK, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59404-M**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

In this original proceeding, relator James C. Kirk seeks to compel the trial court to rule on his pending motion for post-conviction DNA testing. We deny the petition.

This is the second time that we have been asked to grant mandamus relief for the trial court's failure to rule on this pending motion. *See In re Kirk*, No. 05-22-00363-CV, 2022 WL 1514677, at *1 (Tex. App.—Dallas May 13, 2022, orig. proceeding) (mem. op.). In the previous case, this Court denied mandamus relief based on relator's failure to comply with Texas Rule of Civil Procedure 52 in multiple respects as well as his failure to show that he brought the motion to the trial

court's attention or reminded the trial court by letter that the motion is still pending. *Id.*

Relator has not cured these deficiencies. Accordingly, we deny the petition for the same reasons explained in our previous decision. *See id.*

220940f.p05
220941f.p05
220942f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE